**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MINNESOTA**
**FIFTH DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JOHN KORALIA, JR.; BARBARA D. KORALIA; MINNESOTA DEPARTMENT OF REVENUE; MINNESOTA DEPARTMENT OF ECONOMIC SECURITY; INSURANCE COMPANY OF NORTH AMERICA; WELLS FARGO pka NORWEST BANK OF MINNESOTA, N.A.; BANK OF AMERICA; CALVARY CONSTRUCTION, INC.;**<br><br>**Defendants.** | **Civil No. 00-1833 (JMR/RLE)**<br><br>ORIGINAL |

**DEFAULT AS TO THE**
**DEFENDANT INSURANCE CO. OF NORTH AMERICA**

It appearing from the record that the defendant Insurance Co. of North America has failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure, default is hereby entered against this defendant.

Entered this 26th day of October, 2000.

BY THE COURT:

FRANCIS E. DOSAL, CLERK
United States District Court
for the District of Minnesota

By: Susan E Anderson
Deputy Clerk

10