**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MINNESOTA**
**FIFTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **Civil No. 00-1833 (JMR/RLE)** |
| **JOHN KORALIA, JR.; BARBARA D. KORALIA; MINNESOTA DEPARTMENT OF REVENUE; MINNESOTA DEPARTMENT OF ECONOMIC SECURITY; INSURANCE COMPANY OF NORTH AMERICA; WELLS FARGO pka NORWEST BANK OF MINNESOTA, N.A.; BANK OF AMERICA; CALVARY CONSTRUCTION, INC.;** | ) | ORIGINAL |
| | ) | |
| **Defendants.** | ) | |

**DEFAULT AS TO THE**
**DEFENDANT MINNESOTA DEPARTMENT OF ECONOMIC SECURITY**

It appearing from the record that the defendant Minnesota Department of Economic Security has failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure, default is hereby entered against this defendant.

Entered this 3rd day of November, 2000.

BY THE COURT:

FRANCIS E. DOSAL, CLERK
United States District Court
for the District of Minnesota

By: Susan E. Anderson
Deputy Clerk

(18)