# *United States District Court*
## *District of Minnesota*

United States of America
Plaintiff

v. Civil Action Civ 00-1833 (JMR/RLE)

Calvary Construction, Inc.
Defendant

## CLERK'S ENTRY OF DEFAULT

It appearing that Calvary Construction, Inc., defendant is in default for failure to plead or otherwise defend in this action, as required by law;

Now, therefore, on application of plaintiff, **DEFAULT IS HEREBY ENTERED** against Calvary Construction, Inc.

Dated this 24th day of November 2000.

FRANCIS E. DOSAL

By Susan E Anderson
Susan E. Anderson, Division Manager

DEFAULT.ENT