# *United States District Court*

## *District of Minnesota*

United States of America
Plaintiff

v. Civil Action Civ 00-1833 (JMR/RLE)

Minnesota Department of Economic Security
Defendant

## CLERK'S ENTRY OF DEFAULT

It appearing that Minnesota Department of Economic Security, defendant is in default for failure to plead or otherwise defend in this action, as required by law;

Now, therefore, on application of plaintiff, **DEFAULT IS HEREBY ENTERED** against Minnesota Department of Economic Security.

Dated this 4th day of December 2000.

FRANCIS E. DOSAL

By Susan E Anderson
Susan E. Anderson, Division Manager

DEFAULT.ENT