IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA
FIFTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN KORALIA, JR.; BARBARA D. KORALIA; MINNESOTA DEPARTMENT OF REVENUE; MINNESOTA DEPARTMENT OF ECONOMIC SECURITY; INSURANCE COMPANY OF NORTH AMERICA; WELLS FARGO pka NORWEST BANK OF MINNESOTA, N.A.; BANK OF AMERICA; CALVARY CONSTRUCTION, INC.;<br><br>Defendants. | ) | Civil No. 00-1833 (JMR/RLE) |

ORIGINAL

**ORDER**

This cause is before the Court upon the motion of the United States of America, for judgment by default against the defendant Minnesota Department of Economic Security under Rule 55(b)(2) of the Federal Rules of Civil Procedure.

Upon due consideration of the United States' motion and the record in this case,

IT IS HEREBY ORDERED that under Federal Rule of Civil Procedure 55(b), judgment by default is entered in favor of the United States and against defendant Minnesota Department of Economic Security for its failure to plead or otherwise defend.

IT IS FURTHER ORDERED that Minnesota Department of Economic Security may not claim

FEB 07 2001

FILED ____
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTERED ____
DEPUTY CLERK'S INITIALS ____

any interest in the property at issue in this action upon which the United States seeks to foreclose its tax liens.

Entered this 7th day of February, 2000.

UNITED STATES DISTRICT JUDGE