**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MINNESOTA**
**FIFTH DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JOHN KORALIA, JR.; BARBARA D. KORALIA; MINNESOTA DEPARTMENT OF REVENUE; MINNESOTA DEPARTMENT OF ECONOMIC SECURITY; INSURANCE COMPANY OF NORTH AMERICA; WELLS FARGO pka NORWEST BANK OF MINNESOTA, N.A.; BANK OF AMERICA; CALVARY CONSTRUCTION, INC.;**<br><br>**Defendants.** | **Civil No. 00-1833 (JMR/RLE)** |

ORIGINAL

**ORDER**

This case is before the Court upon the motion of the United States of America, for judgment by default against the defendant Calvary Construction, Inc., a/k/a Klassic Constructors of Duluth under Rule 55(b)(2) of the Federal Rules of Civil Procedure.

Upon due consideration of the United States' motion and the record in this case,

IT IS HEREBY ORDERED that under Federal Rule of Civil Procedure 55(b), judgment by default is entered in favor of the United States and against defendant Calvary Construction, Inc. a/k/a Klassic Constructors of Duluth for its failure to plead or otherwise defend.

IT IS FURTHER ORDERED that Calvary Construction, Inc. a/k/a Klassic Constructors of Duluth may not claim any interest in the property at issue in this action an which the United States seeks

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTERED
DEPUTY CLERK

to foreclose its tax liens.

Entered this 7th day of February, 2000.

UNITED STATES DISTRICT JUDGE