**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MINNESOTA**
**FIFTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Civil No. 00-1833 (JMR/RLE)** |
| **JOHN KORALIA, JR.; BARBARA D. KORALIA; MINNESOTA DEPARTMENT OF REVENUE; MINNESOTA DEPARTMENT OF ECONOMIC SECURITY; INSURANCE COMPANY OF NORTH AMERICA; WELLS FARGO pka NORWEST BANK OF MINNESOTA, N.A.; BANK OF AMERICA; CALVARY CONSTRUCTION, INC.;** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This cause is before the Court upon the motion of the United States of America, for judgment by default against the defendant Insurance Company of North America under Rule 55(b)(2) of the Federal Rules of Civil Procedure.

Upon due consideration of the United States' motion and the record in this case,

IT IS HEREBY ORDERED that under Federal Rule of Civil Procedure 55(b), judgment by default is entered in favor of the United States and against defendant Insurance Company of North America for its failure to plead or otherwise defend.

IT IS FURTHER ORDERED that Insurance Company of North America may not claim any interest in the property at issue in this action within the jurisdiction of this Court upon which the United

FILED FEB 07 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

States seeks to foreclose its tax liens.

Entered this 7th day of February, 2000.

UNITED STATES DISTRICT JUDGE