UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs. ORDER

John Koralia, Jr., and Barbara D. Koralia,

Defendants. Civ. No. 00-1833(JMR/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 10th day of July, 2001.

* * *

This matter comes before the Court on the parties' joint Stipulation to extend the discovery deadlines, and all deadlines falling thereafter, by approximately 60 days. The only stated purpose for the extension is to allow the parties additional time for settlement negotiations. We draw the parties' attention to our Local Rule 16.3, which addresses the requisites for a Motion to extend or modify a pretrial discovery deadline. The parties have not complied with the express requirements of that Rule and, in the absence of a showing of good cause, as demanded by Rule 16(b), Federal Rules of Civil Procedure, we are unable to grant their joint request.

JUL 10
FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

(58)

Frequently, the Court is importuned to extend deadlines in the hope that settlement discussions will productively ensue. Frankly, seldom does the extension result in anything other than additional delay. The parties currently have until August 31, 2001 -- a month and one-half from now -- to complete their discovery, and they are currently afforded additional time to file any nondispositive or dispositive Motions. Absent some showing that, notwithstanding the parties' due diligence, the original pretrial deadlines, which were set in our Scheduling Order of February 22, 2001, could not be met, we are not disposed to extend the deadlines solely to allow an exploration of settlement which could have been addressed within the confines of our current Scheduling Order.

NOW, THEREFORE, It is --

ORDERED:

That the parties joint, stipulated request for an extension of the pretrial deadlines [Docket No. 57] is DENIED as unsupported by a showing of good cause.

BT THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE