UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1833 (JMR/RLE)

United States of America )
)
v. ) ORDER
)
John Koralia, Jr. et al. )

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: June 20, 2002

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED
RICHARD D. SLETTEN, CLERK
JUN 24 2002
JUDGEMENT ENTERED
DEPUTY CLERKS INITIALS