**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Civil. Action No. 00-1833 (JMR/RLE)** |
| **JOHN KORALIA, JR., ET AL.,** | ) | |
| **Defendants.** | ) | |

ORIGINAL

**ORDER RE: JUNE 20, 2002 ORDER DISMISSING ACTION**

Before the Court is Plaintiff United States' Motion to Vacate Order Dismissing Action ("Motion to Vacate").

It appearing that the parties have settled all issues in this case, but that there remain obligations to be fulfilled under the terms of the settlement, it is hereby

**ORDERED** that the Motion to Vacate should be, and hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that the Order entered June 20, 2002, is **VACATED**; and it is

**FURTHER ORDERED** that this case is dismissed, with prejudice, subject only to the right of either party to reopen proceedings with 120 days after entry of this Order; and it is

FILED 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

**FURTHER ORDERED** that the Court retains jurisdiction to enforce the parties' settlement agreement.

**SO ORDERED**, this 5th day of July, 2002.

**JAMES M. ROSENBAUM, CHIEF**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted,

KATJA M. EICHINGER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6499
DC Bar # 464 925